AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

GERARD W. KILEY
DOB: 10/2/1946

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 21, 2005__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

willfully intimidated, coerced, threatened, and harassed a foreign official and official guest of the United States Government, to wit, Phan Van Khai, Prime Minister of the Socialist Republic of Viet Nam, and obstructed Prime Minister Khai in the performance of Prime Minister Khai's official duties.

in violation of Title __18__ United States Code, Section(s) __112(b)__.

I further state that I am Beth Hughes, Special Agent with the United States Secret Service, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
Beth Hughes, Special Agent
United States Secret Service

AUSA, Bruce Hegyi  (202) 305-9637
Sworn to before me and subscribed in my presence,

at __Washington, D.C.__
City and State

_____
Date

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer