**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**
**GERARD W. KILEY**
**DOB: 10/02/1956**

I, Beth Hughes, being first duly sworn, depose and state as follows:

1.  I am a Special Agent with the United States Secret Service ("USSS"), Department of Homeland Security ("DHS"), assigned to the Washington Field Office. I have been a Special Agent since 2001. My duties include but are not limited to, investigating financial crimes and providing protection for all of our protectees including foreign heads of state visiting the United States.

2.  The information contained in this affidavit is based on my personal knowledge and observations made during the course of this investigation; on information conveyed to me by other law enforcement officials; and on my review of records, documents, and other physical evidence obtained during the investigation.

3.  This affidavit is in support of a criminal complaint charging GERARD W. KILEY, with a violation of 18 U.S.C. Section 112, because on June 21, 2005, in Washington, D.C., he did willfully intimidate, coerce, threaten, and harass a foreign official and official guest of the United States Government, to wit, Phan Van Khai, Prime Minister of the Socialist Republic of Viet Nam, and he did obstruct Prime Minister Khai in the performance of Prime Minister Khai's official duties. This affidavit is not intended to include each and every fact and matter observed by me or known to the government, but is offered solely as a basis for probable cause for the complaint.

4.  On June 21, 2005, I was assigned to the Mayflower Hotel, in Washington, D.C., in my Protective Intelligence capacity. As such, among other things, I was charged with protecting Prime Minister Khai as he attended a private ticketed dinner at the Mayflower Hotel. At this

function, Prime Minster Khai was introduced to the gathering by United States Senator John McCain.

6. Immediately following Senator McCain's introduction, and as Prime Minister Khai was mounting the podium, Gerard W. Kiley, stood up from a table in the room, approached Prime Minister Khai, and threw the clear liquid contents of a glass in the direction of Prime Minister Khai. In addition, Gerard W. Kiley threw the a colored liquid in the direction of Prime Minister Khai. As he did so, Gerard W. Kiley shouted at Prime Minister Khai words to the effect, "You are a sham," and "You kill your own people."

7. Following the assault and harassment, Gerard W. Kiley stated, among other things, that he traveled to Washington, D.C., from New York and met up with a group whose aim was to protest the Prime Minister's presence in the United States; that he knew the Prime Minister was to attend the function at the Mayflower Hotel; and that he intentionally circumvented the security measures in place at the Mayflower Hotel, so that he could accomplish his ends.

 

Beth Hughes
Special Agent
United States Secret Service

Subscribed and sworn before me this \_\_\_\_\_ day of June, 2005.

United States Magistrate Judge