IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Magistrate Number:  05-0358M |
| v. : | |
| : | VIOLATIONS: |
| **GERARD W. KILEY** : | 18 U.S.C. §112(b)(1) (Intimidation of a |
| : | Foreign Official); 18 U.S.C. § 112(b)(2) |
| : | (Attempted Intimidation of a Foreign |
| : | Official) |
| : | |
| : | |

INFORMATION

*The United States Attorney charges:*

Count One

On or about June 21, 2005, within the District of Columbia, defendant **GERARD W. KILEY** willfully intimidated, coerced, threatened, and harassed Phan Van Khai, Prime Minister of the Socialist Republic of Vietnam, a foreign official and an official guest of the United States, and obstructed Prime Minister Phan Van Khai in the performance of the Prime Minister's duties.

(**Intimidation of a Foreign Official**, in violation of Title 18 U.S. Code, Section 112(b)(1))

Count Two

On or about June 21, 2005, within the District of Columbia, defendant **GERARD W. KILEY** willfully attempted to intimidate, coerce, threaten, and harass Phan Van Khai, Prime Minister of the Socialist Republic of Vietnam, a foreign official and an official guest of the

United States, and attempted to obstruct Prime Minister Phan Van Khai in the performance of the Prime Minister's duties.

    (**Attempted Intimidation of a Foreign Official**, in violation of Title 18 U.S. Code, Section 112(b)(2))

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        United States Attorney

By:   _____
        Bruce R. Hegyi
        D.C. Bar # 422741
        Assistant United States Attorney
        555 Fourth Street, N.W., 11th Floor
        Washington, D.C.  20530
        (202) 305-9637
        www.bruce.hegyi@usdoj.gov