UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| United States of America | : | |
| | : | |
| v. | : | Criminal No. 05-0358M |
| | : | |
| Jerry Kiley | : | |

## PRAECIPE

Please enter the appearance of Kenneth M. Robinson as retained counsel.

> Sincerely,
>
> _____
> Kenneth M. Robinson
> The Robinson Law Firm
> 717 D Street, NW
> Fourth Floor
> Washington, DC 20004
> (202) 347-6100
> (202) 347-0081 fax.
> DC Bar # 51706

## CERTIFICATE OF SERVICE

I, Kenneth M. Robinson, certify service by e-mail on Bruce Hegyi, AUSA, at bruce.hegyi@us.doj.gov this 19th day of July, 2005.

> _____
> Kenneth M. Robinson