UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 05-0358M (DAR) |
| ) | |
| GERARD W. KILEY, ) | Trial Date: October 18, 2005 |
| ) | |
| *Defendant,* ) | |
| ) | |
| UNITED STATES SENATOR JOHN MCCAIN, ) | |
| ) | |
| *Subpoena Respondent.* ) | |

**MOTION OF SUBPOENA RESPONDENT UNITED STATES
SENATOR JOHN MCCAIN TO QUASH SUBPOENA**

Subpoena respondent Senator John McCain hereby respectfully moves, through undersigned counsel, to quash the subpoena requiring him to appear and testify on Tuesday, October 18, 2005, for the reasons set forth in the accompanying memorandum.

Respectfully submitted,

Patricia Mack Bryan, Bar #334463
Senate Legal Counsel

Morgan J. Frankel, Bar #342022
Deputy Senate Legal Counsel

Grant R. Vinik, Bar #459848
Assistant Senate Legal Counsel

Thomas E. Caballero
Assistant Senate Legal Counsel

642 Hart Senate Office Building
Washington, D.C. 20510-7250
(202) 224-4435 (telephone)
(202) 224-3391 (facsimile)
Attorneys for Subpoena Respondent
United States Senator John McCain

October 14, 2005