# United States District Court

For The _____ DISTRICT OF Columbia

United States

v.

Gerard Kiely

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: CRIM # 05-0358M

TO: Senator John McCain
United States Senate
Washington, DC. 20001

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE United States District Court for the District of Columbia 333 Constitution Avenue, NW Washington, DC 20001 | COURTROOM   TBA |
|---|---|
| | DATE AND TIME   10/18/05 at 9:30 am |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

\* Please be on standby with a two hour call ahead to appear

U.S. MAGISTRATE JUDGE OR CLERK OF COURT
NANCY MAYER-WHITTINGTON
(By) Deputy Clerk

DATE 9/08/05

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Robinson Law Firm
717 D Street, NW #400
Washington, DC 20004
(202)347-6100