## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 05-0358M (DAR) |
| ) | |
| GERARD W. KILEY, ) | Trial Date: October 18, 2005 |
| ) | |
| *Defendant*, ) | |
| ) | |
| UNITED STATES SENATOR JOHN MCCAIN, ) | |
| ) | |
| *Subpoena Respondent.* ) | |

### ORDER

Upon consideration of the Motion of Subpoena Respondent United States Senator John McCain to Quash Subpoena, the memorandum in support thereof, and good cause having been shown, it is this ____ day of October, 2005,

ORDERED That the motion of the subpoena respondent Senator John McCain to quash be, and it is hereby, granted, and it is

FURTHER ORDERED That the subpoena to Senator John McCain be, and it is hereby, quashed.

_____
United States Magistrate

Service Copies:

Kenneth Robinson
Robinson Law Firm
717 D Street, N.W.
Suite 400
Washington, D.C. 20004-2812

Bruce R. Hegyi
U.S. Attorney's Office
Judiciary Center Bldg.
555 Fourth Street, N.W.
Room 11-443
Washington, D.C. 20530