UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**JERRY KILEY**<br><br>Defendant. | Crim. Action No. 05-358M-01<br>DAR |

## ORDER

_____It is, this 17th day of October, 2005,

**ORDERED** that by no later than 9:00 a.m. on Tuesday, October 18, 2005, the parties shall file a joint statement of the elements of the offenses charged. The parties shall include citations to all authorities on which the statement of the elements is based.

/s/
DEBORAH A. ROBINSON
United States Magistrate Judge